

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00068-CV

Ismael **ALDABA**,
Appellant

v.

Claudia Patricia **OYERVIDES**,
Appellee

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3143CCL
Honorable Sergio J. Gonzalez, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, the agreed motion to dismiss appeal is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

SIGNED June 11, 2014.

_____
Catherine Stone, Chief Justice